No. 611. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* PATRICK McKEON. Error to the Court of Common Pleas of Fairfield County, Connecticut. Motions to dismiss or affirm, submitted April 20, 1903. Decided April 27, 1903. *Per Curiam.* Judgment affirmed with

costs and interest, on the authority of *Wheeler* v. *New York etc. Railroad Company*, 178 U. S. 321; *New York and New England Railroad Company* v. *Bristol*, 151 U. S. 556; *Arrowsmith* v. *Harmoning*, 118 U. S. 194; *Little Rock etc. Railway Company* v. *Worthen*, 120 U. S. 97–102; *Davidson* v. *New Orleans*, 96 U. S. 97, 105. See 53 Atl. Rep. 656. *Mr. Arthur M. Marsh* for plaintiff in error. *Mr. Stiles Judson, Jr.*, for defendant in error.